UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF NORTH CAROLINA, )<br>FRANKLIN COUNTY, TOWN OF )<br>LOUISBURG, AND ROBERT H. )<br>HOBGOOD, *Honorable Chief Judge*, )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-46-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the Memorandum and Recommendation [DE-16] issued by U.S. Magistrate Judge Robert B. Jones, Jr. as its own. Plaintiff's claims are DISMISSED as frivolous.

**This Judgment Filed and Entered on September 16, 2015, and Copies To:**

Theodore Justice, (via U.S. Mail to P.O. Box 232, Ridgeway, NC 27570)

DATE            JULIE RICHARDS JOHNSTON, CLERK
September 16, 2015       /s/ Jacqueline B. Grady
                 (By) Jacqueline B. Grady, Deputy Clerk